AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schenkier, Sidney I. | Northern District of Illinois i | 12/20/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Dirksen Federal Building
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Northwestern Uniersity School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 12/20/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Northwestern University School of Law - Payment for work as Adjunct Professor | $7,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 12/20/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Growth Fund | B | Dividend | M | T | | | | | |
| 2. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 3. Perkins Small Cap Value Fund | A | Dividend | M | T | | | | | |
| 4. Schwab Money Market Fund | A | Interest | M | T | | | | | |
| 5. IBM Common Stock | A | Dividend | K | T | | | | | |
| 6. I Shares Dividend Index Fund (DVY) | A | Dividend | K | T | | | | | |
| 7. Oppenheimer Dev. Market Fund | A | Dividend | | | Sold | 11/28/16 | K | D | |
| 8. Nike Common Stock | A | Dividend | J | T | | | | | |
| 9. Schwab Large Cap Growth Fund | A | Dividend | L | T | Buy (add'l) | 08/01/16 | K | | |
| 10. I Shares S&P Index Fund (IVV) | A | Dividend | K | T | | | | | |
| 11. Vanguard Invest. Grade Bond Fund | A | Interest | | | Sold | 11/28/16 | J | A | |
| 12. Oakmark Global Fund | A | Dividend | K | T | Sold (part) | 08/01/16 | J | B | |
| 13. Wisdom Tree Large Cap fund | A | Dividend | K | T | | | | | |
| 14. Am. Ctry. Govn't Bond Fund | A | Interest | | | Sold | 08/01/16 | K | A | |
| 15. Parnassus Mid-Cap Fund | A | Dividend | L | T | | | | | |
| 16. Vanguard Total Stock Index Fund (VTI) | A | Dividend | L | T | Buy (add'l) | 08/01/16 | K | | |
| 17. American Century Bond Fund | A | Dividend | J | T | Sold (part) | 08/02/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  TIAA CREF Equity Fund | A | Dividend | K | T | | | | | |
| 19.  Apple Common Stock | A | Dividend | J | T | | | | | |
| 20.  Aetna Common Stock | A | Dividend | J | T | | | | | |
| 21.  Schwab U.S. REIT ETF | A | Dividend | K | T | Buy (add'l) | 06/22/16 | J | | |
| 22.  Hodges Small Cap Fund | A | Dividend | | | Sold | 08/02/16 | J | A | |
| 23.  Schwab Large Cap ETF | A | Dividend | K | T | | | | | |
| 24.  PIMCO Income Class D Fund | A | Dividend | J | T | Sold (part) | 06/22/16 | J | A | |
| 25.  FMI Large Cap Fund | A | Dividend | | | Sold | 08/01/16 | K | D | |
| 26.  Schwab U.S. Agg. Bond Fund | A | Dividend | | | Sold | 01/08/16 | J | A | |
| 27.  Matthews Asian Growth Fund | A | Dividend | | | Sold | 04/12/16 | J | B | |
| 28.  Perkins Global Value Fund | A | Dividend | J | T | Sold (part) | 08/01/16 | J | A | |
| 29.  Baird Core Plus Bond Fund | A | Dividend | J | T | | | | | |
| 30.  Artisan Int'l Fund | A | Dividend | L | T | | | | | |
| 31.  Fidelity Small Cap Discovery Fund | A | Dividend | K | T | | | | | |
| 32.  Harding Loever Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 33.  Janus Global Health Fund | A | Dividend | K | T | | | | | |
| 34.  Principal Equity Income Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 12/20/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Touchstone Sands Capital Select Fund | A | Dividend | | | Sold | 04/12/16 | M | D | |
| 36. AFG Common Stock | A | Dividend | K | T | | | | | |
| 37. Fidelity Int'l Small Cap Fund | A | Dividend | K | T | | | | | |
| 38. Oakmark Fund | A | Dividend | L | T | Buy (add'l) | 04/12/16 | J | | |
| 39. Schwab 529 Plan: 100% Moderate Portfolio | A | Int./Div. | J | T | | | | | |
| 40. Unilever Common Stock | A | Dividend | J | T | | | | | |
| 41. Guggenheim S & P 500 Fund (RYF) | A | Dividend | K | T | | | | | |
| 42. Caterpillar Common Stock | A | Dividend | J | T | | | | | |
| 43. Walt Disney Common Stock | A | Dividend | K | T | Buy (add'l) | 02/12/16 | J | | |
| 44. Seafarer Overseas Fund | A | Dividend | | | Sold | 08/01/16 | K | A | |
| 45. VISA Common Stock (V) | A | Dividend | K | T | Buy | 01/20/16 | J | | |
| 46. Intel Common Stock (INTC) | A | Dividend | J | T | Buy | 08/26/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 12/20/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 12/20/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney I. Schenkier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544